MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Allyson R. Edwards
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 16 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

vs.

DARIN M. DYKHOUSE,
MELISSA C. CLARK
 (a/k/a Melissa C. Hinton),
DANIEL T. KOLLE,
HUNTER H. HALEY,
JOSHUA J. JOHNSON,
JOSHUA M. TERPSTRA,
JAQUELINE L. MICKEY,
CAMILLE R. MILLAR,
TASEAN E. WITHERWAX,
KEVIN BROADNAX, Jr.,
SEAN ROULLIER,
DUSTIN W. RHODES,
JASON D. BECKHAM,
ROGER M. ROBERTS, and
NICHOLE M. GOURNEAU,

Defendants.

2:15-CR-144-SMJ

INDICTMENT

Vio: 18 U.S.C. § 1349
Conspiracy to Commit
Bank Fraud
(Count 1)

Vio: 18 U.S.C. § 1344(1) & (2)
Bank Fraud
(Counts 2-39)

Vio: 18 U.S.C. § 1028A(a)(1)
Aggravated Identity Theft
(Counts 40-42)

Vio: 18 U.S.C. § 1708
Mail Theft
(Counts 43-59)

Notice of Forfeiture

12-16-205 DYKHOUSE et al. INDICTMENT - 1

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant and material to this Indictment:

1. The term "financial institutions" refers collectively to the entities set forth below. "FDIC" denotes Federal Deposit Insurance Corporation; "NCUA" denotes National Credit Union Administration. Where account numbers are referenced within this Indictment, only the last four digits are provided.

| NAME OF BANK | LOCATION OF SERVICE | FEDERAL INSURANCE |
|---|---|---|
| Bank of the West | Washington: (Including Eastern District of Washington) | FDIC |
| Banner Bank | Washington: (Including Eastern District of Washington) | FDIC |
| U.S. Bank National Association ("US Bank") | National: (Including Eastern District of Washington) | FDIC |
| JP Morgan Chase Bank ("Chase") | National: (Including Eastern District of Washington) | FDIC |
| Inland Northwest Bank | Multi-State: (Including Eastern District of Washington) | FDIC |
| Washington Trust Bank | Multi State: (Including Eastern District of Washington) | FDIC |
| Wells Fargo | Multi-State: (Including Eastern District of Washington) | FDIC |
| Yakima Federal Savings | Eastern District of Washington | FDIC |
| Spokane Teachers' Credit Union | Multi State: (Including Eastern District of Washington) | NCUA |

12-16-205 DYKHOUSE et al. INDICTMENT - 2

2. The term "real person victims" refers collectively to individuals, including those identified below by initials and residence, whose means of identification and personal identifying information was possessed, transferred, and utilized without lawful authority.

| INITIALS OF REAL PERSON | RESIDENCE |
|---|---|
| D.L. | Eastern District of Washington |
| T.P. | Eastern District of Washington |
| M.M. | Eastern District of Washington |
| C.F. | Eastern District of Washington |
| K.W. | Eastern District of Washington |
| K.L. | Eastern District of Washington |
| R.S. | Eastern District of Washington |
| M.P. | Eastern District of Washington |
| M.J. | Eastern District of Washington |
| S.C. | Eastern District of Washington |
| J.M. | Eastern District of Washington |
| D.W. | Eastern District of Washington |
| P.W | Eastern District of Washington |
| K.S. | Eastern District of Washington |
| C.B. | Eastern District of Washington |
| K.A. | Eastern District of Washington |
| G.M. | Eastern District of Washington |

//
//
//
//

12-16-205 DYKHOUSE et al. INDICTMENT - 3

//

3. The term "organizational victims" refers collectively to the entities, including those identified below by name and location, whose bank account data and other identifying organizational and employee information was possessed, transferred, and utilized without lawful authority.

| NAME OF ORGANIZATION | LOCATION |
|---|---|
| Acceleration Physical Therapy | Eastern District of Washington |
| Provisional Services | Eastern District of Washington |
| Treadtech | Eastern District of Washington |
| Pet Emergency Clinic | Eastern District of Washington |
| International Glace | Eastern District of Washington |

## COUNT 1
## CONSPIRACY TO COMMIT BANK FRAUD
## (18 U.S.C. § 1349)

4. Paragraphs 1-3 of this Indictment are re-alleged and fully incorporated herein by reference.

5. Beginning on a date unknown to the Grand Jury, but by on or about October 15, 2013, and continuing through on or about November 3, 2014, in the Eastern District of Washington, and elsewhere, Defendants DARIN M. DYKHOUSE, MELISSA C. CLARK (a/k/a Melissa C. Hinton) DANIEL T. KOLLE, HUNTER H. HALEY, JOSHUA J. JOHNSON, JOSHUA M. TERPSTRA, JAQUELINE L. MICKEY, CAMILLE R. MILLAR, TASEAN E. WITHERWAX, KEVIN BROADNAX, Jr., SEAN ROULLIER, DUSTIN W. RHODES, JASON D. BECKHAM, ROGER M. ROBERTS, and NICHOLE M. GOURNEAU, did willfully, that is, with the intent to further the objects of the conspiracy, and knowingly combine, conspire, confederate, and agree

together and with others known and unknown to the Grand Jury to knowingly and with intent to defraud, execute and cause the execution of a scheme and artifice to defraud one or more financial institutions, as defined by 18 U.S.C. § 20, which scheme and artifice would employ material falsehoods, and to knowingly and with intent to defraud, execute, and cause the execution of a scheme and artifice to obtain moneys, funds, credits, assets, or other property owned by, or under the custody and control of, one or more financial institutions, by means of false and fraudulent pretenses, representations, or promises relating to a material fact, in violation of 18 U.S.C. §§ 1344(1) and (2); and 2.

## PURPOSE OF THE CONSPIRACY

6.  It was the purpose of the conspiracy for the Defendants and their co-conspirators to unlawfully enrich themselves by, among other things: (a) unlawfully obtaining, via mail theft, and other means, financial institution account data and other identifying information of real person and organizational victims, including actual checks, credit cards, and ATM debit cards that had been issued to real person and organizational victims; (b) forging actual checks and creating counterfeit checks, utilizing financial institution account and routing data and other identifying information of real person and organizational victims, materially misrepresenting authorized payments to the defendants, co-conspirators, and others; (c) recruiting and utilizing check runners to negotiate the forged actual checks and counterfeit checks at various locations and return the proceeds to be divided amongst the participants; (d) causing the forged actual checks and counterfeit checks to be presented for payment by the financial institutions based on the material misrepresentations; (e) unlawfully utilizing actual issued credit cards and ATM debit cards of real person victims for payment for goods and services and to obtain cash from financial institutions based on the material misrepresentations; (f) unlawfully utilizing means of identification of real person victims and others, in order to conceal the defendants' and co-conspirators' involvement in the fraud scheme; and (f) diverting the fraud proceeds through actual co-conspirator accounts for their personal use and benefit, all to further the fraud scheme.

12-16-205 DYKHOUSE et al. INDICTMENT - 5

## MANNER AND MEANS OF THE CONSPIRACY

7. The manner and means by which the defendants sought to accomplish the objects and purpose of the conspiracy included, among others, the following:

### *"Mailboxing" and "Vehicle Prowling"*

8. Beginning on a date unknown to the Grand Jury, but at least by on or about October 15, 2013, and continuing through on or about November 3, 2014, the principal Defendants and co-conspirators, and other co-conspirators unlawfully obtained financial information (including actual checks, credit cards, ATM debit cards) of real person and organizational victims though "mailboxing," which means the theft of incoming and outgoing mail directly from real person victims' mail receptacles (*see* Counts 42-59, *infra*), and "vehicle prowling," which means the theft of financial and identification information (including actual checks, credit cards, ATM debit cards, and driver's licenses) directly from real person victims' vehicles.

### *Altering and Counterfeiting Checks*

9. The principal Defendants then falsely and fraudulently altered actual stolen checks to make them payable to themselves or co-conspirators and created, and caused to be created, counterfeit checks, and negotiated and attempted to negotiate such checks for their own use and benefit (*see* Counts 2-24, 29-31, 34-35, *infra*).

### *Utilization of Credit Cards and Debit Cards*

10. The principal Defendants and co-conspirators also utilized and attempted to utilize actual stolen credit card accounts of real person victims, and activated actual issued ATM debit cards of real person victims, for their own use and benefit (*see* Counts 27-28, 32-33, 36-39, *infra*).

### *Withdrawing Funds from ATM Based on Fictitious Deposits*

11. The principal Defendants and co-conspirators also utilized actual ATM debit cards to make withdraws on accounts with non-sufficient funds immediately after empty deposit envelopes into an ATM that contained a material false representation that the envelope contained funds to cover the withdraws; and utilized co-conspirators' actual

12-16-205 DYKHOUSE et al. INDICTMENT - 6

ATM debit card accounts to deposit fraudulent or counterfeit checks and immediately withdraw cash represented by such deposits (*see* Counts 25-26, 36-37, *infra*).

12. The principal Defendants and co-conspirators executed the scheme and artifice through acts including the following substantive allegations:

## COUNTS 2-39
## BANK FRAUD
## (18 U.S.C. § 1344)

13. Paragraphs 1-12 of this Indictment are re-alleged and fully incorporated herein by reference.

14. Between on or about October 15, 2013, and continuing until on or about October 26, 2014, in the Eastern District of Washington, Defendants DARIN M. DYKHOUSE, MELISSA C. CLARK (a/k/a Melissa C. Hinton) DANIEL T. KOLLE, HUNTER H. HALEY, JOSHUA J. JOHNSON, JOSHUA M. TERPSTRA, JAQUELINE L. MICKEY, CAMILLE R. MILLAR, TASEAN E. WITHERWAX, KEVIN BROADNAX, Jr., SEAN ROULLIER, DUSTIN W. RHODES, JASON D. BECKHAM, ROGER M. ROBERTS, and NICHOLE M. GOURNEAU, did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to defraud one or more financial institutions, as defined by 18 U.S.C. § 20, which scheme and artifice employed a material falsehood, and did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to obtain moneys, funds, credits, assets, or other property owned by, and under the custody and control of one or more said financial institutions by means of false and fraudulent pretenses, representations, and promises, relating to a material fact, in violation of 18 U.S.C. §§ 1344(1) and (2), and 2.

### *Execution of the Scheme and Artifice*

15. On or about the dates specified as to each count below, in the Eastern District of Washington, and elsewhere, the Defendants specified as to each count below

12-16-205 DYKHOUSE et al. INDICTMENT - 7

did execute and attempt to execute the aforesaid scheme and artifice to defraud a financial institution and to obtain any moneys, funds, credit, assets, and other property owned by, and under the custody and control of, said financial institution, as more particularly described below:

| COUNT | DATE | DEFENDANT(S) | EXECUTION |
|---|---|---|---|
| 2 | 10/15/2013 | DYKHOUSE | Attempt to cash fraudulently created *Treadtech* U.S. Bank account no. 6335) check no. 84910 in the amount of $393.29 at Money Tree at 4516 N. Division St., Spokane, WA 99207 |
| 3 | 10/26/2013 | DYKHOUSE | Submission of fraudulently created *Treadtech* U.S. Bank (account no. 6335) check no. 84910 in the amount of $393.29 for cash at Rosaurers Store No. 7, 1724 W. Francis, Spokane, WA 99205 |
| 4 | 03/23/2014 | DYKHOUSE | Submission of *S.C.*'s Washington Trust Bank (account no. 9123) check no. **1456** in the amount of $315.28 at a Washington Trust Bank branch in Spokane, WA |
| 5 | 04/11/2014 | DYKHOUSE | Submission of *M.P.*'s U.S. Bank (account no. 8167) check no. 22692 in the amount of $465.00 for cash at U.S. Bank, 7307 N. Division St., Spokane, WA 99208 |
| 6 | 04/14/2014 | DYKHOUSE BROADNAX | Submission and attempt to cash *M.P.*'s U.S. Bank (account no. 5809) check no. 22696 in the amount of $300.00 at U.S. Bank, 7307 N. Division St., Spokane, WA99208 |
| 7 | 04/14/2014 | DYKHOUSE | Submission of *M.P.*'s U.S. Bank (account no. 8167) check no. 22690 in the amount of $500.00 in an attempt to cash at U.S. Bank at 3909 N. Lincoln St., Spokane, WA 99205 |

12-16-205 DYKHOUSE et al. INDICTMENT - 8

| # | Date | Defendants | Description |
|---|---|---|---|
| 8 | 06/02/2014 | KOLLE | Submission of *D.W. & P.W.*'s Wells Fargo (account no. 0605) check no. **9282** in the amount of $231.47 for cash at Wells Fargo, 7404 N. Division St., Spokane, WA 99208 |
| 9 | 06/03/2014 | KOLLE | Submission of *K.S.*'s Wells Fargo (account no. 7403) check no. **1010** in the amount of $454.00 for cash at Wells Fargo, 404 N. Division St., Spokane, WA 99208 |
| 10 | 06/07/2014 | DYKHOUSE CLARK MILLAR RHODES | Submission of *M.M.*'s Banner Bank (account no. 1409) check no. **2076** in the amount of $300.00 into MILLAR's account at Spokane City Credit Union, 1930 N. Monroe St., Spokane, WA 99205 |
| 11 | 06/09/2014 | DYKHOUSE CLARK MILLAR RHODES | Submission of *M.M.*'s Banner Bank (account no. 1409) check no. **2078** in the amount of $300.00 deposited into MILLAR's account at Spokane City Credit Union ATM, 1930 N. Monroe St., Spokane, WA 99205 |
| 12 | 06/09/2014 | DYKHOUSE CLARK MILLAR RHODES | Submission of *M.M.*'s Chase (account no. 7909) check no. **95042** in the amount of $400.00 for deposit into MILLAR's Spokane City Credit Union account at Global Credit Union ATM, 1503 W. 3rd Ave., Spokane, WA 99201 |
| 13 | 06/09/2014 | DYKHOUSE CLARK MILLAR RHODES | Submission of *T.P.*'s Discover (account no. 4238) check no. **371** in the amount of $1,400.00 for deposit into MILLAR's account at Spokane City Credit Union ATM, 1930 N. Monroe St., Spokane, WA 99205 |

12-16-205 DYKHOUSE et al. INDICTMENT - 9

| 14 | 06/16/2014 | DYKHOUSE CLARK TERPSTRA | Submission of *K.L*'s Spokane Teachers Credit Union (account no. 2712) check no. 1208 (*taken from K.L.'s mailbox*) in the amount of $250.00 for deposit into TERPSTRA's account by DYKHOUSE via Spokane Teachers' Credit Union ATM, 4727 N. Division St., Spokane, WA 99207 |
|---|---|---|---|
| 15 | 06/16/2014 | DYKHOUSE CLARK TERPSTRA | Submission of *K.L.*'s Spokane Teachers Credit Union (account no. 2712) check no. 1206 in the amount of $512.00 for deposit into TERPSTRA's account by DYKHOUSE via Spokane Teachers' Credit Union ATM, 4727 N. Division St., Spokane, WA 99207 |
| 16 | 06/16/2014 | DYKHOUSE CLARK TERPSTRA | Submission of *K.L.*'s Spokane Teachers Credit Union (account no. 2712) check no. 1210 in the amount of $600.00 for deposit into TERPSTRA's account by DYKHOUSE via Spokane Teachers' Credit Union ATM, 106 W. Nora Ave., Spokane, WA 99205 |
| 17 | 06/16/2014 | DYKHOUSE CLARK TERPSTRA | Submission of *K.L.*'s Spokane Teachers Credit Union (account no. 2712) check no. 1207 in the amount of $1200.00 for deposit into TERPSTRA's account by DYKHOUSE via Spokane Teachers' Credit Union ATM, 4727 N. Division St., Spokane, WA 99207 |

12-16-205 DYKHOUSE et al. INDICTMENT - 10

| | | | |
|---|---|---|---|
| 18 | 06/20/2014 | CLARK | Submission of *T.P.*'s Discover (account no. 4238) check no. **374** in the amount of $1,200.00 for deposit (and subsequent withdrawal) into an unwitting third-party's Banner Bank account by debit card and ATM at 6622 N. Division St., Spokane, WA 99208 |
| 19 | 06/20/2014 | CLARK | Submission of *Pet Emergency Clinic*'s Washington Trust Bank (account no. 2050) check no. **31515** in the amount of $350.00 for deposit into an unwitting third-party's Banner Bank account by debit card and ATM at 6622 N. Division St., Spokane, WA 99208 |
| 20 | 07/12/2014 | DYKHOUSE CLARK WITHERWAX | Submission of counterfeit *International Glace* Bank of the West (account no. 1721) check no. **3287** in the amount of $878.90 at the U.S. Bank, 6520 N. Nevada, Spokane, WA 99208 |
| 21 | 07/12/2014 | DYKHOUSE CLARK GOURNEAU | Submission of counterfeit *International Glace* Bank of the West (account no. 1721) check no. **3293** in the amount of $1200.00 deposited into GOURNEAU's landlord's account with Washington Trust Bank, Spokane, WA |
| 22 | 07/15/2014 | DYKHOUSE HALEY WITHERWAX | Manufacture and attempt to cash *J.M.*'s Washington Trust Bank (account no. 8552) check no. **5698** in the amount of $350.00 for at Washington Trust Bank, 7815 N. Division Street, Spokane, WA 99208 |

12-16-205 DYKHOUSE et al. INDICTMENT - 11

| | | | |
|---|---|---|---|
| 23 | 07/26/2014 | DYKHOUSE CLARK BECKHAM | Submission of *D. L.*'s Chase (account no. 7987) check no. **1364** (*stolen from the mail*) in the amount of $450.00 for cash at the Chase Bank, 5508 N. Division St., Spokane, WA 99208 |
| 24 | 07/26/2014 | DYKHOUSE CLARK ROBERTS | Submission of *D.L.*'s Chase (account no. 7987) check no. **1365** (*stolen from the mail*) in the amount of $420.00 for cash at the Chase Bank, 822 W. Francis Ave., Spokane, WA 99205 |
| 25 | 07/27/2014 | DYKHOUSE CLARK HALEY WITHERWAX | Submission of *K.W.*'s FIA Card Services, N.A. (account no. 5252) check no. **1122** in the amount of $650.00 for deposit into WITHERWAX's U.S. Bank account via ATM at U.S. Bank, 6520 N. Nevada, Spokane, WA 99208 |
| 26 | 07/29/2014 | DYKHOUSE CLARK WITHERWAX HALEY | Submission of *D.L.*'s Chase (account no. 7987) check no. **1370** (*stolen from the mail*) in the amount of $700.00 for deposit into WITHERWAX'S U.S. Bank account via ATM at U.S. Bank, 6520 N. Nevada, Spokane, WA 99208 |
| 27 | 08/10/2014 | DYKHOUSE CLARK MICKEY | Fraudulent use of *R.S.*'s Spokane Teachers Credit Union (account no. 9721) debit card (*stolen from vehicle*) in the amount of $43.30 at Cenex Zip Trip, 7902 N. Division St., Spokane, WA |
| 28 | 08/10/2014 | DYKHOUSE CLARK MICKEY | Fraudulent use of *R.S.*'s Spokane Teachers Credit Union (account no. 9721) debit card (*stolen from vehicle*) in the amount of $41.96 at Wal-Mart 2301 W. Wellesley Ave., Spokane, WA 99205 |

12-16-205 DYKHOUSE et al. INDICTMENT - 12

| | | | |
|---|---|---|---|
| 29 | 08/12/2014 | DYKHOUSE | Submission and attempt to cash *C.B.*'s Wells Fargo (account no. 8783) check no. **1223** in the amount of $290.00 at Wells Fargo, 1616 W. Northwest Blvd., Spokane, WA 99205 |
| 30 | 08/13/2014 | DYKHOUSE | Attempt to cash *R.S.*'s Spokane Teachers Credit Union (account no. 2330) check no. 16333 in the amount of $600.00 at Spokane Teachers' Credit Union, 106 W. Nora Ave., Spokane, WA 99205 |
| 31 | 08/18/2014 | DYKHOUSE | Submission of counterfeit *International Glace* Bank of the West (account no. 1721) check no. **3288** in the amount of $387.78 at Rosaurers Store No.7, 1724 W. Francis, Spokane, WA 99205 |
| 32 | 08/24/2014 | DYKHOUSE CLARK ROULLIER | Use of *KA.*'s Yakima Federal Savings (account ending in 3491) debit card in the amount of $158.62 at the Wal-Mart, 2301 W. Wellesley, Spokane, WA 99205 |
| 33 | 09/04/2014 | CLARK | Use of *C.F.*'s Elite netSpend VISA debit card (account no. 8983) in the amount of $8.53, at the Zip Trip, 1023 W. Wellesley, Spokane, WA 99205 |
| 34 | 09/06/2014 | DYKHOUSE JOHNSON | Submission of *Acceleration Physical Therapy*'s Banner Bank (account no. 7211) check no. **4359** in the amount of $865.62 for deposit into JOHNSON's account at Washington Trust Bank, 1906 W. Francis, Spokane, WA 99205 |

12-16-205 DYKHOUSE et al. INDICTMENT - 13

| | | | |
|---|---|---|---|
| 35 | 09/08/2014 | DYKHOUSE CLARK JOHNSON | Submission of counterfeit *Provisional Services* Inland Northwest Bank (account no. 6854) check no. **34249330** in the amount of $869.25 for deposit into JOHNSON's Washington Trust Bank account via ATM at 7815 N. Division St., Spokane, WA 99208 |
| 36 | 10/26/2014 | HALEY | Use of M.J.'s ATM card and PIN number to submit empty ATM deposit envelopes into U.S. Bank account (account no. 9328) and subsequently withdraw $345.55 in cash via ATM at U.S. Bank, located at Sprague and Sullivan Roads in Spokane Valley, WA 99037 |
| 37 | 10/26/2014 | HALEY | Use of *M.J.*'s ATM card and PIN number to submit empty ATM deposit envelopes into U.S. Bank account (account no. 9328) and subsequently withdraw $600.00 in cash via ATM at U.S. Bank Main drive-up ATM, in Spokane, WA 99201 |
| 38 | 10/26/2014 | HALEY | Use of *M.J.*'s ATM card and PIN number to withdraw $200.00 from *M.J.*'s U.S. Bank account (account no. 9328) at U.S. Bank Main drive-up ATM, in Spokane, WA 99201 |
| 39 | 10/26/2014 | HALEY | Use of *M.J.*'s ATM card and PIN number to withdraw $40.00 from *M.J.*'s U.S. Bank account (account no. 9328) at U.S. Bank Main drive-up ATM, in Spokane, WA 99201 |

All in violation of 18 U.S.C. § 1344(1), (2), and 18 U.S.C. § 2.

12-16-205 DYKHOUSE et al. INDICTMENT - 14

## COUNTS 40-42

## AGGRAVATED IDENTITY THEFT

## (18 U.S.C. § 1028A(a)(1))

16. Paragraphs 1-15 of this Indictment are re-alleged and fully incorporated herein by reference.

17. Between on or about June 22, 2014, and continuing through on or about October 26, 2014, in the Eastern District of Washington, in the Eastern District of Washington, Defendants DARIN M. DYKHOUSE, MELISSA C. CLARK (a/k/a Melissa C. Hinton), and HUNTER H. HALEY specified as to each count below, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, as specified below, during and in relation to bank fraud violations of 18 U.S.C. §§ 1349 and 1344, as alleged in Counts 51, 58-60, and 62 of the Indictment:

| COUNT | DATE | DEFENDANT(S) | EXECUTION |
|---|---|---|---|
| 40 | 06/22/2014 and 06/24/2014 | DYKHOUSE | Applied for Achieve Visa debit card and Netspend Mastercard debit card in the name of real person R.H. using R.H.'s means of identification |
| 41 | 09/4/2014 | CLARK | Utilized real person victim C.F.'s Elite VISA card (account no.8983) and Personal Identification Number (PIN) at Zip Trip gas station and convenience store, located in Spokane, Washington |
| 42 | 10/26/2014 | HALEY | Utilized real person victim M.J.'s U.S. Bank VISA card (account no.6953) and Personal Identification Number (PIN) at US Bank drive up ATM located at 15426 E. Sprague Ave. Spokane Valley, WA 99037 |

All in violation of 18 U.S.C. § 1028A(a)(1) and 18 U.S.C. § 2.

12-16-205 DYKHOUSE et al. INDICTMENT - 15

## COUNTS 43-59

## POSSESSION OF STOLEN MAIL

## (18 U.S.C. § 1708)

18. Paragraphs 1-17 of this Indictment are re-alleged and fully incorporated herein by reference.

19. Beginning on a date unknown to the Grand Jury, but by on or about March 23, 2014, and continuing through on or about October 28, 2014, in the Eastern District of Washington, Defendants, DARIN M. DYKHOUSE, MELISSA C. CLARK (a/k/a Melissa C. Hinton) DANIEL T. KOLLE, HUNTER H. HALEY, and KEVIN BROADNAX, Jr., did buy and receive and conceal, and unlawfully have in his or her possession mail or an article contained therein which had been stolen, taken, embezzled and abstracted from a letter box or receptacle which was an authorized depository for mail matter, knowing the said mail to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter,

### *Possession of Stolen Mail*

20. On or about the dates specified as to each count below, in the Eastern District of Washington, and elsewhere, the Defendants specified as to each count below did possess stolen mail:

| COUNT | DATE | DEFENDANT(S) | EXECUTION |
|---|---|---|---|
| 43 | 03/23/2014 | DYKHOUSE | Possession of *S.C.*'s Washington Trust Bank (account no. 9123) check no. 1456, placed into U.S. Mail by *S.C.* |
| 44 | 04/11/2014 | DYKHOUSE | Possession of *M.P.*'s U.S. Bank (account no. 8167) check no. 22692 placed into U.S. Mail by *M.P.* |
| 45 | 04/12/2014 | DYKHOUSE | Possession of *M.P.*'s U.S. Bank (account no. 8167) check no. 22690 placed into U.S. Mail by *M.P.* |

12-16-205 DYKHOUSE et al. INDICTMENT - 16

| 46 | 04/14/2014 | BROADNAX | Possession of *M.P.*'s U.S. Bank (account no. 5809) check no. 22696 placed into U.S. Mail by *M.P.* |
|---|---|---|---|
| 47 | 04/28/2014 | KOLLE | Possession of *U.S. Treasury* check in the amount of $578.68 issued by the United States Treasury dated April 22, 2014 and made payable to, and mailed to, Tall Tree Services. |
| 48 | 05/30/2014 | KOLLE | Possession of *D.W. and P.W.*'s on Wells Fargo (account no. 0605) check no.9282 placed into U.S. Mail by *D.W. and P.W.* |
| 49 | 06/02/14 | KOLLE | Possession of *K.S.*'s U.S. Bank (account no. 7403) check no. 1010 placed into U.S. Mail by *K.S.* |
| 50 | 06/16/2014 | DYKHOUSE | Possession of *K.L.*'s Spokane Teacher's Credit Union (account no. 2712) check nos. 1206, 1207, 1208, 1210 placed into U.S. Mail by *K.L.* |
| 51 | 06/20/2014 | CLARK | Possession of *T.P.*'s Discover Bank (account no. 4238) check no. 0374 placed into U.S. Mail by *Discover Bank*. |
| 52 | 06/22/2014 | DYKHOUSE | Possession of Chanel sunglasses sent to *C.R.* and delivered to *C.R.*'s residence via U.S. Mail. |
| 53 | 09/08/2014 | DYKHOUSE CLARK | Possession of *G.M.*'s Chase Bank account statement stolen sent via U.S. Mail by Chase Bank to *G.M.*'s residence in Spokane, WA |
| 54 | 09/08/2014 | DYKHOUSE CLARK | Possession of *Provisional Services*' Inland Northwest Bank (account no. 6854) check no. 34249276 placed into U.S. Mail by *Provisional Service.* |
| 55 | 09/10/2014 | DYKHOUSE | Possession of *T.E.& K.E.*'s Washington State Employee Credit Union (account no. 7536) checks nos. 3808, 3809, 3810 placed into U.S. Mail by *T.E.& K.E.* |
| 56 | 09/10/2014 | DYKHOUSE CLARK | Possession of *M.T. & A.T.*'s Washington Trust Bank statement sent via U.S. Mail, and possession of package sent to *M.T. & A.T.* via U.S. Mail through ebay. |

12-16-205 DYKHOUSE et al. INDICTMENT - 17

| 57 | 09/10/2014 | DYKHOUSE CLARK | Possession of *M.O.*'s Washington State Employee Credit Union (account no.1564) on-line bill pay check no. 55107 placed into U.S. Mail on *M.O.*'s behalf by credit union |
| --- | --- | --- | --- |
| 58 | 09/10/2014 | DYKHOUSE CLARK | Possession of Washington State Driver's License issued to *H.B.* placed into U.S. Mail by the State of Washington |
| 59 | 10/28/14 | HALEY | Possession of U.S. Bank VISA card (card no. 6953) issued to *M.J.* and placed into U.S. Mail by U.S. Bank card issuing services. |

All in violation of 18 U.S.C. § 1708 and 18 U.S.C. § 2.

## NOTICE OF FORFEITURE ALLEGATIONS

21. Paragraphs 1-20 of this Indictment are re-alleged and fully incorporated herein by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 982(a)(2).

22. Upon conviction of any of the offenses in Counts 1-80, in violation of 18 U.S.C. §§ 1349, 1344, Defendants DARIN M. DYKHOUSE, MELISSA C. CLARK (a/k/a Melissa C. Hinton) DANIEL T. KOLLE, HUNTER H. HALEY, JOSHUA J. JOHNSON, JOSHUA M. TERPSTRA, JAQUELINE L. MICKEY, CAMILLE R. MILLAR, TASEAN E. WITHERWAX, KEVIN BROADNAX, Jr., SEAN ROULLIER, DUSTIN W. RHODES, JASON D. BECKHAM, ROGER M. ROBERTS, and NICHOLE M. GOURNEAU, (hereinafter "the Defendants") shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation(s). The property to be forfeited includes, but is not limited to, the following:

### MONEY JUDGMENT

A sum of money equal to $20,915.28 in United States currency, representing the amount of proceeds obtained as a result of the conspiracy to commit bank fraud and bank fraud offenses for which the Defendants are jointly and severally liable.

12-16-205 DYKHOUSE et al. INDICTMENT - 18

If any of the property described above, as a result of any act or omission of any of the Defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461(c).

December 16, 2015

A TRUE BILL

_____
Foreperson

_____
Michael C. Ormsby
United States Attorney

_____
Russell E. Smoot
Assistant United States Attorney

_____
Allyson R. Edwards
Assistant United States Attorney

12-16-205                    INDICTMENT - 19